IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00709-REB-MJW

LI ZHANG, Ph.D., et al.,

Plaintiff(s),

v.

ROBERT S. STARK, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Vacate the October 24, 2005 Settlement Conference, Docket Number 11, is GRANTED.  The Settlement Conference set on October 24, 2005, at 10:30 a.m., is VACATED.  The parties have indicated that they intend to go outside mediation at the Judicial Arbiter Group.

    It is FURTHER ORDERED that the parties shall submit a status report to the Court every thirty days, from the date of this order, to advise the court of the status of any outside mediation.

Date:  October 19, 2005