IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00709-REB-MJW

LI ZHANG, Ph.D. and his wife,
YUNJIN LIU

    Plaintiffs,

v.

ROBERT S. STARK and
ELGIN MILK SERVICE, INC.

    Defendants.

---

## ORDER RE: MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND DEFENDANTS' EXPERT REPORT DEADLINE
(Docket No. 25)

---

THIS MATTER, having come before the Court upon the Defendants' Motion to Modify the Scheduling Order to Extend Defendants' Expert Report Deadline, and the Court having reviewed the file and being fully advised in the premises, does hereby amend the Scheduling Order herein as follows:

    The Defendants' designation of Mr. Wheat's report and expert endorsement is extended through and including February 22, 2006; and

2.    Plaintiff's expert rebuttal deadline to Mr. Wheat's designation is extended through and including March 6, 2006.

BY THE COURT

Dated: February 15, 2006

_____
United States District Court Judge