**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-00709-REB-MJW

LI ZHANG, Ph.D., and his wife,
YUNJIN LIU,

     Plaintiffs,

v.

ROBERT S. STARK, and
ELGIN MILK SERVICE, INC.,

     Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

On March 15, 2006, the parties filed a **Stipulation for Dismissal With**

**Prejudice** [#29].  After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and that this action should be

dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation for Dismissal With Prejudice** [#29], filed on March 15,

2006, is **GRANTED**;

     2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs;

     3.  That the Trial Preparation Conference set for July 28, 2006, is **VACATED**;

and

4.  That the jury trial set to commence August 14, 2006, is **VACATED**.

Dated March 15, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**